IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR L. BEEN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-0203-F |
| | ) |
| RANDALL R. EDWARDS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Mr. Arthur L. Been, Jr., has filed a document entitled "Change of Address and In Camera Motion." Doc. no. 14. The motion is construed as a request for an extension of sixty days within which to pay the filing fee, after which plaintiff states that if he is unable to pay the fee this action may be dismissed. No objection is stated to the Magistrate Judge's recommendation that plaintiff be denied in forma pauperis status.

The Report and Recommendation of the Magistrate Judge, recommending denial of in forma pauperis status and requiring payment of the fee, is **ACCEPTED**, **ADOPTED** and **AFFIRMED.**

Accordingly, plaintiff's date for paying the required filing fee is hereby extended to sixty days from the date of this order. Absent payment of the filing fee within sixty days, this action will be dismissed without prejudice for that reason.

DATED April 25, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0203p001.wpd